James Edward (ED) HICKAM, Plaintiff—Appellant,

v.

CITY OF GRESHAM, Political subdivision of the State of Oregon, Defendant—Appellee.

No. 02–35977.

D.C. No. CV–00–00762–REJ.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Dec. 5, 2003.

Decided Dec. 17, 2003.

David C. Force, Law Offices of David C. Force, Eugene, OR, for Plaintiff–Appellant.

Steven A. Kraemer, Hoffman, Hart & Wagner, LLP, Robert S. Wagner, David C. Lewis, Miller & Wagner LLP, Portland, OR, for Defendant–Appellee.

Before KLEINFELD, GOULD, and TALLMAN, Circuit Judges.

of this circuit except as provided by Ninth Circuit Rule 36–3.

## MEMORANDUM *

We affirm for the reasons stated by the magistrate judge and adopted by the district court.

AFFIRMED.

**AFFIRMED.**

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.